**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John BC Doe,<br><br>                   Plaintiff,<br><br>v.<br><br>Byzantine Catholic Diocese of Parma, *et al.*,<br><br>                   Defendants. | No. CV-21-01424-PHX-JJT<br><br>**ORDER** |

At issue is Defendant The Roman Catholic Church of the Diocese of Phoenix's Request for Entry of Judgment (Doc. 33), to which Plaintiff filed no response in opposition. In an Order (Doc. 31) dated May 25, 2022, the Court granted this Defendant's Motion to Dismiss (Doc. 25), concluding that Plaintiff's claims against this Defendant are time-barred. Under Federal Rule of Civil Procedure 54(b), the Court finds there is no just reason for delay of entry of partial final judgment dismissing the claims against this Defendant, and Plaintiff has voiced no opposition to such entry of partial final judgment. Accordingly,

**IT IS ORDERED** granting Defendant The Roman Catholic Church of the Diocese of Phoenix's Request for Entry of Judgment (Doc. 33).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter partial final judgment pursuant to Rule 54(b) dismissing as time-barred Plaintiff's claims against Defendant The Roman Catholic Church of the Diocese of Phoenix.

Dated this 14th day of July, 2022.

Honorable John J. Tuchi
United States District Judge